MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Sonja Alvarez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SILVA, DECEASED, by and through his Successor in Interest, SONJA ALVAREZ, SONJA ALVAREZ, Individually,<br><br>Plaintiff,<br>vs.<br><br>SAN JOAQUIN COUNTY, a public entity; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW, in his individual and official capacities; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES-ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; ROBYN MENDOZA, NP,  and DOES 1–20; individually, jointly, and severally,<br><br>Defendants. | No: 2:20-cv-01461-JAM-KJN<br><br>**STIPULATION AND ORDER RE: "FIRST LOOK" AGREEMENT RE: DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENAS SEEKING DECEDENT SALVADOR SILVA'S MEDICAL RECORDS** |

Case No.: 2:20-cv-01461-JAM-KJN: STIP & ORDER RE: "FIRST LOOK" AGREEMENT RE: SUBPOENAS

The parties, by and through their respective attorneys of record, hereby stipulate to the following order being issued in this matter:

1. On September 15, 2021, Plaintiff's counsel received Federal Rule of Civil Procedure 45 subpoenas for the Production of Documents which counsel for Defendants served or will serve by Titan Legal Services, Inc. on the following entities:

    A. St. Joseph's Medical Center (Med. Records Dept.), seeking "Any and all medical records, files, reports, correspondence, whatsoever, relating to any care, treatment, diagnosis, prognosis, consultation and/or findings, including but not be limited to, any and all emergency room records, nurses notes, SOAP notes, operative reports, radiology reports, pathology reports, all test and test results, medication records, physical and/or occupational therapy records, workers' compensation records, sign-in sheets, color photographs, patient information sheets, handwritten notes, transcriptions, prescriptions, telephone messages, electronic media and any documents in the file from other health care providers, from any and all times to the present date pertaining to Salvador Silva, III.";

    B. San Joaquin General Hospital (Med Records Dept.), seeking "Any and all medical records, files, reports, correspondence, whatsoever, relating to any care, treatment, diagnosis, prognosis, consultation and/or findings, including but not be limited to, any and all emergency room records, nurses notes, SOAP notes, operative reports, radiology reports, pathology reports, all test and test results, medication records, physical and/or occupational therapy records, workers' compensation records, sign-in sheets, color photographs, patient information sheets, handwritten notes, transcriptions, prescriptions, telephone messages, electronic media and any documents in the file from other health care providers, from any and all times to the present date pertaining to Salvador Silva, III.";

Case No.: 2:20-cv-01461-JAM-KJN: STIP & ORDER RE: "FIRST LOOK" AGREEMENT RE: SUBPOENAS

    C. San Joaquin County Behavioral Health Services, seeking "Any and all medical records, files, reports, correspondence, insurance records, itemized billing records and payment records (proof of amounts paid) whatsoever, relating to any care, treatment, diagnosis, prognosis, consultation and/or findings.  Documents should also include, but not be limited to, any and all emergency room records, nurses notes, SOAP notes, operative reports, radiology reports, pathology reports, all test and test results, medication records, physical and/or occupational therapy records, workers' compensation records, sign-in sheets, color photographs, patient information sheets, handwritten notes, transcriptions, prescriptions, insurance/payment files, telephone messages, electronic media and any documents in the file from other health care providers from any and all times to the present date pertaining to Salvador Silva, III.";

    D. St. Joseph's Medical Center (Billing Dept.), seeking "Any and all billing records, including but not limited to itemized breakdown of charges, records of payments and/or discounts with proof of amounts paid, contractual adjustments, write-offs, liens and balance due, billing information with procedure and diagnosis codes, statements, computer print-outs, fees for professional services and correspondence from Medicare, Medicaid, Medi-Cal, the claims' records, from first date of treatment to the present pertaining to Salvador Silva, III…. Documents should also include, but not be limited to, any data stored electronically.";

    E. San Joaquin General Hospital (Billing Dept.), seeking "Any and all billing records, including but not limited to itemized breakdown of charges, records of payments and/or discounts with proof of amounts paid, contractual adjustments, write-offs, liens and balance due, billing information with procedure and diagnosis codes, statements, computer print-outs, fees for

    professional services and correspondence from Medicare, Medicaid, Medi-Cal, the claims' records, from first date of treatment to the present pertaining to Salvador Silva, III…. Documents should also include, but not be limited to, any data stored electronically.";

The subpoenas have a production date and time of September 28, 2021, at 10:00 a.m.

2. Plaintiff's counsel contend that the subpoenaed documents likely contain privileged information to which Defendants are not entitled, and that the subpoenas as drafted are overbroad insofar as they seek discovery of all Salvador Silva's medical records and so seek information protected by Mr. Silva's physician-patient privilege and privacy rights, and which is neither proportional to the needs of this case nor relevant to the claims and defenses in this matter.

3. Plaintiff's counsel and Defendants' counsel met and conferred by email on September 17, 2021. The parties agree to the following "First-Look" Procedure:

 a. Counsel for Defendants shall instruct Titan Legal Services, Inc. to obtain the available subpoenaed documents by December 15, 2021; however, instead of producing the documents to counsel for Defendants, Titan Legal Services, Inc. shall instead produce the documents directly to Plaintiff's counsel's business address: Haddad & Sherwin LLP, 505 17th Street, Oakland, CA 94612.

 b. Upon receipt of the subpoenaed documents from Titan Legal Services, Inc., Plaintiff's counsel will then have seven (7) business days to review the documents to see if they contain any privileged information. If the documents do contain such information, Plaintiff's counsel shall redact and/or withhold the pages containing that information and Plaintiff's shall create a privilege log complying with Federal Rules of Civil Procedure 45(e)(2)(A)(i)–(ii) and 26(b)(5)(A)(i)–(ii).

 c. On or before the seventh (7th) business day after receiving the records from Titan Legal Services, Inc., Plaintiff's counsel shall serve the subpoenaed documents by Federal Express Priority Overnight on Defendants' counsel or electronically,

depending on how the documents were produced to Plaintiff's counsel; if Plaintiff's counsel has redacted and/or withheld any information, they shall also concurrently serve the privilege log described in ¶ 3(b), above.

4. Counsel for Defendants shall pay for Titan Legal Services, Inc. in obtaining the documents and producing them to Plaintiff's counsel, and Plaintiff's counsel shall pay to send them by Federal Express Priority Overnight to Counsel for Defendants.

5. Counsel for Defendants reserves their rights to seek production of any documents that are withheld and/or redacted by Plaintiff's counsel pursuant to the terms of this agreement. Should any such discovery dispute not be subject to resolution through the meet and confer process, Defendants reserve their rights to file discovery motions with the court seeking an Order requiring production of withheld documents.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  December 8, 2021                HADDAD & SHERWIN LLP

/s/ *Teresa Allen*
TERESA ALLEN
Attorneys for Plaintiff

Dated:  December 8, 2021                BURKE, WILLIAMS & SORENSEN, LLP

/s/ *Kyle Anne Piasecki*
KYLE ANNE PIASECKI
Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 9, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

silv.1461
Case No.: 2:20-cv-01461-JAM-KJN: STIP & ORDER RE: "FIRS