MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
BRIAN HAWKINSON (State Bar No.341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Sonja Alvarez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SILVA, DECEASED, by and through his Successor in Interest, SONJA ALVAREZ, SONJA ALVAREZ, Individually,<br><br>Plaintiff,<br>vs.<br><br>SAN JOAQUIN COUNTY, a public entity; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW, in his individual and official capacities; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES-ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; ROBYN MENDOZA, NP, and DOES 1–20; individually, jointly, and severally,<br><br>Defendants. | No: 2:20-cv-01461-JAM-KJN<br><br>**STIPULATION AND ORDER RE: "FIRST LOOK" AGREEMENT RE: DEFENDANTS' PENDING AND ANTICIPATED FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENAS SEEKING MEDICAL RECORDS** |

Case No.: 2:20-cv-01461-JAM-KJN: STIP & ORDER RE: "FIRST LOOK" AGREEMENT RE: SUBPOENAS

The parties, by and through their respective attorneys of record, hereby stipulate to the following order being issued in this matter:

1. Defendants have served subpoenas on Plaintiff Sonja Alvarez's medical providers for medical records, and anticipate serving more subpoenas for Plaintiff's and her son, Decedent Salvador Silva's, medical records. Defendants are using Titan Legal Services, Inc., to serve the subpoenas and collect the records.

2. Plaintiff contends that any subpoenaed medical records will likely contain privileged information to which Defendants are not entitled, and that the subpoenas seek information protected by Plaintiff's and her son's physician-patient privilege and psychotherapist-patient privilege and privacy rights, and which is neither proportional to the needs of this case nor relevant to the claims and defenses in this matter.

3. Plaintiff's counsel and Defendants' counsel have met and conferred at length, and agree to the following "First-Look" Procedure:

   a. Counsel for Defendants shall instruct Titan Legal Services, Inc. to obtain any subpoenaed documents by a date set by Defendants; however, instead of producing the documents to counsel for Defendants, Titan Legal Services, Inc. shall instead produce the documents directly to Plaintiff's counsel's business address: Haddad & Sherwin LLP, 505 17th Street, Oakland, CA 94612.

   b. Upon receipt of the subpoenaed documents from Titan Legal Services, Inc., Plaintiff's counsel will then have seven (7) business days to review the documents to see if they contain any privileged information. If the documents do contain such information, Plaintiff's counsel shall redact and/or withhold the pages containing that information and Plaintiff's shall create a privilege log complying with Federal Rules of Civil Procedure 45(e)(2)(A)(i)–(ii) and 26(b)(5)(A)(i)–(ii).

   c. On or before the seventh (7th) business day after receiving the records from Titan Legal Services, Inc., Plaintiff's counsel shall serve the subpoenaed documents by Federal Express Priority Overnight or electronically on Defendants' counsel; if Plaintiff's counsel has redacted

Case No.: 2:20-cv-01461-JAM-KJN: STIP & ORDER RE: "FIRST LOOK" AGREEMENT RE: SUBPOENAS

and/or withheld any information, they shall also concurrently serve the privilege log described in ¶ 3(b), above.

    4. Counsel for Defendants shall pay Titan Legal Services, Inc. to obtain the documents and produce them to Plaintiff's counsel, and Plaintiff shall pay to send them by Federal Express Priority Overnight to Counsel for Defendants, if physical documents were produced.

    5. Counsel for Defendants reserves the right to seek production of any documents that are withheld and/or redacted by Plaintiff's counsel pursuant to the terms of this agreement. Should any such discovery dispute not be resolved through the meet and confer process, defendants reserve their right to file discovery motions with the court seeking an Order requiring production of withheld documents.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  March 14, 2022        HADDAD & SHERWIN LLP

                                      /s/ *Teresa Allen*
                                      TERESA ALLEN
                                      Attorneys for Plaintiff

Dated:  March 14, 2022        BURKE, WILLIAMS & SORENSEN, LLP

                                      /s/ *Kyle Anne Piasecki*
                                      KYLE ANNE PIASECKI
                                      Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 15, 2022

                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

silv.1461

Case No.: 2:20-cv-01461-JAM-KJN: STIP & ORDER RE: "FIRST LOOK" AGREEMENT RE: SUBPOENAS