MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:     (510) 452-5500
Facsimile:      (510) 452-5510

Attorneys for Plaintiff
SONJA ALVAREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

SALVADOR SILVA, DECEASED, by and through his Successor in Interest, SONJA ALVAREZ, SONJA ALVAREZ, Individually,

    Plaintiff,

vs.

SAN JOAQUIN COUNTY, a public entity; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW, in his individual and official capacities; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES-ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; ROBYN MENDOZA, NP, and DOES 1–20; individually, jointly, and severally,

    Defendants.

Case No. 2:20-cv-01461-JAM-KJN

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Doc. 10)**

Case No.: 2:20-cv-01461-JAM-KJN: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

All parties, by and through their counsel of record, stipulate and hereby move this Court to modify its November 2, 2020 Scheduling Order (Doc. 10) to extend discovery, pretrial deadlines, and the trial date.  Good cause exists to grant the requested extension:

1. This is a civil rights, wrongful death, and survival action arising from the death of pretrial detainee, Salvador Silva, on August 1, 2019 at the San Joaquin County jail.  This is the parties' first request for a continuance, and the parties request this continuance to allow for sufficient time to prepare for trial without the time constraints under the present scheduling order.

2. This case involves thirteen named Defendants.  The parties have exchanged voluminous written discovery and have so far been able to resolve various discovery disputes by extensively meeting and conferring; however, that process has used up time.  The parties have refrained from taking depositions until the remaining documents have been exchanged and discovery matters have been resolved.  Once all records have been exchanged and discovery matters resolved, the parties intend to take numerous depositions, including all parties, the County's Persons Most Knowledgeable on various topics, and damages and percipient witnesses.

3. Based on the complexity of the issues presented, the number of parties, records involved, and anticipated depositions, a significant amount of additional time is needed to allow for the completion of discovery and expert disclosures, to allow the experts time to complete their review of deposition transcripts before writing their reports, and to allow sufficient time for pretrial preparation.

4. Additionally, Plaintiff's counsel's small law firm has had all but two employees contract COVID-19, which has substantially hampered Plaintiff's counsel ability to expend the necessary time and resources on discovery matters in this case, while completing voluminous discovery in other cases, including *Johnson v. Shasta County*, et al. (E.D. Cal. 2:19-cv-01722-JAM-DB), before this Court.

5. While all parties have agreed that the proposed modifications will allow the parties additional time to adequately prepare for trial, the parties are mindful of the overcrowded Eastern District docket, the demands placed on Eastern District judges, and the Court's limited resources, especially during this pandemic. The parties are represented by experienced counsel who will continue to work cooperatively together and in an orderly fashion and believe that they will complete all necessary discovery and pretrial matters with this extension of the deadlines.

6. Having consulted with the Court, and following its guidance about available dates, the parties therefore request a continuance of the deadlines, as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosures | May 27, 2022 | January 27, 2023 |
| Rebuttal Expert Disclosures | June 10, 2022 | February 10, 2023 |
| Joint Mid-Litigation Statement | July 15, 2022 | March 15, 2023 |
| Expert Discovery Cutoff | July 29, 2022 | March 29, 2023 |
| Fact Discovery Cutoff | July 29, 2022 | March 29, 2023 |
| Dispositive Motion Filing | September 9, 2022 | May 9, 2023 |
| Dispositive Motion Hearing | October 18, 2022 | July 11, 2023, at 1:30 p.m. |
| Final Pretrial Conference | December 9, 2022 | August 25, 2023, at 10:00 a.m. |
| Trial | January 23, 2023 | October 9, 2023, at 9:00 a.m. |

For the foregoing reasons, the parties respectfully request that this Court enter an order extending the briefing schedule in this case as set forth above.

1  Dated: March 16, 2022                    HADDAD & SHERWIN LLP

2
                                            /s/ Teresa Allen
3                                           ───────────────────────────
                                            TERESA ALLEN
4                                           Attorneys for Plaintiff

5
   Dated:  March 16, 2022                   BURKE, WILLIAMS & SORENSON, LLP
6
                                            /s/ Kyle Anne Piasecki
7                                           ───────────────────────────
                                            KYLE ANNE PIASECKI
8                                           GREGORY R. AKER
                                            Attorneys for Defendants
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ORDER**

Based on the parties' stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order (Doc. No. 10) is modified as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosures due | May 27, 2022 | January 27, 2023 |
| Rebuttal Expert Disclosures | June 10, 2022 | February 10, 2023 |
| Joint Mid-Litigation Statement | July 15, 2022 | March 15, 2023 |
| Expert Discovery Cutoff | July 29, 2022 | March 29, 2023 |
| Fact Discovery Cutoff | July 29, 2022 | March 29, 2023 |
| Dispositive Motion Filing | September 9, 2022 | May 9, 2023 |
| Dispositive Motion Hearing | October 18, 2022 | July 11, 2023, at 1:30 p.m. |
| Final Pretrial Conference | December 9, 2022 | August 25, 2023, at 10:00 a.m. |
| Trial | January 23, 2023 | October 9, 2023, at 9:00 a.m. |

All other dates set forth in Doc. No. 10 will remain the same.

IT IS SO ORDERED.

Dated:  March 16, 2022              /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE