MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:    (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiff
SONJA ALVAREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SILVA, DECEASED, by and through his Successor in Interest, SONJA ALVAREZ, SONJA ALVAREZ, Individually,<br><br>            Plaintiff,<br>       vs.<br><br>SAN JOAQUIN COUNTY, a public entity; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW, in his individual and official capacities; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES-ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; ROBYN MENDOZA, NP, and DOES 1–20; individually, jointly, and severally,<br><br>            Defendants. | Case No. 2:20-cv-01461-JAM-KJN<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF Nos. 10, 21)** |

All parties, by and through their counsel of record, stipulate and hereby move this Court to modify its November 2, 2020, and March 17, 2022, Scheduling Orders (ECF Nos. 10, 21).  Good cause exists to grant the requested extension:

1.      This is a civil rights, wrongful death, and survival action arising from the suicide of pretrial detainee, Salvador Silva, on August 1, 2019, at the San Joaquin County jail.  This is the parties' second request for a continuance.  The parties only initially requested a continuance related to expert disclosures and expert discovery.  Following the Court's guidance, the parties stipulate to modify the scheduling order in accordance with the proposed schedule provided by the Court, with slight modifications.

2.      This case involves thirteen named Defendants.  The parties have exchanged voluminous written discovery and have resolved several discovery disputes by extensively meeting and conferring.  Due to counsels' trial and trial preparation schedules, time limitations on Defendants' depositions created by their work schedules, and preplanned international travel for counsel for each side for significant events (including the 25th wedding anniversary of Plaintiff's counsel, Michael J. Haddad and Julia Sherwin, and an international trip for defense counsel Gregory R. Aker that was postponed due to COVID-19), the parties had difficulty scheduling depositions in this matter.   The parties have now completed two depositions and have scheduled four more depositions for next month and are holding dates among counsel in November for further depositions.

3.       Once the depositions are completed, the parties' experts need time to review the transcripts in order to prepare their reports.

4.      Additionally, Plaintiff's counsel's small law firm has had repeated COVID-19 infections among some of its staff, while completing voluminous fact and expert discovery, and dispositive motions, in several other cases, all of which are complex wrongful death or catastrophic

injury cases. Two of those cases, *Johnson v. Shasta County*, et al. (E.D. Cal. 2:19-cv-01722-JAM-DB), and *Barbosa v. Shasta County, et al.* (E.D. Cal. 2:20-cv-02298-JAM-DMC), are before this Court.

5. The parties are represented by experienced counsel who will continue to work cooperatively together.

6. Having consulted with the Court, and following its guidance about available dates, the parties therefore request a continuance of the deadlines, as follows:

| **Event** | **Current Date** | **New Date** |
| --- | --- | --- |
| Expert Disclosures | January 27, 2023 | April 14, 2023 |
| Rebuttal Expert Disclosures | February 10, 2023 | May 5, 2023 |
| Joint Mid-Litigation Statement | March 15, 2023 | June 2, 2023 |
| Expert Discovery Cutoff | March 29, 2023 | June 16, 2023 |
| Fact Discovery Cutoff | March 29, 2023 | June 16, 2023 |
| Dispositive Motion Filing | May 9, 2023 | July 7, 2023 |
| Dispositive Motion Hearing | July 11, 2023, at 1:30 p.m. | September 12, 2023 at 1:30 p.m. |
| Final Pretrial Conference | August 25, 2023, at 10:00 a.m. | October 27, 2023 at 10:00 a.m. |
| Trial | October 9, 2023, at 9:00 a.m. | December 4, 2023 |

For the foregoing reasons, the parties respectfully request that this Court enter an order extending the Scheduling Order in this case as set forth above.

CASE NO.: 2:20-cv-01461-JAM-KJN: STIP. AND ORDER TO MODIFY SCHEDULING ORDER      2

1  Dated:  October 18, 2022              HADDAD & SHERWIN LLP

                                          */s/ Teresa Allen*
                                          TERESA ALLEN
                                          Attorneys for Plaintiff

   Dated:  October 18, 2022              BURKE, WILLIAMS & SORENSON, LLP

                                          */s/ Gregory B. Thomas*
                                          GREGORY B. Thomas
                                          Attorneys for Defendants

# ORDER

Based on the parties' stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order (ECF Nos. 10, 21) is modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosures | January 27, 2023 | April 14, 2023 |
| Rebuttal Expert Disclosures | February 10, 2023 | May 5, 2023 |
| Joint Mid-Litigation Statement | March 15, 2023 | June 2, 2023 |
| Expert Discovery Cutoff | March 29, 2023 | June 16, 2023 |
| Fact Discovery Cutoff | March 29, 2023 | June 16, 2023 |
| Dispositive Motion Filing | May 9, 2023 | July 7, 2023 |
| Dispositive Motion Hearing | July 11, 2023, at 1:30 p.m. | September 12, 2023 at 1:30 p.m. |
| Final Pretrial Conference | August 25, 2023, at 10:00 a.m. | October 27, 2023 at 10:00 a.m. |
| Trial | October 9, 2023, at 9:00 a.m. | December 4, 2023 at 9:00 a.m. |

All other dates will remain the same.

IT IS SO ORDERED.

Dated:  October 19, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE