UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SILVA, ET AL., | No. 2:20-cv-01461-JAM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY, ET AL., | |
| Defendants. | |

The parties appeared for an informal telephonic conference on January 26, 2023, to resolve a dispute regarding the location of the depositions of Stacey Hernandez and Cynthia Borgess Odell. Attorney Teresa Allen appeared on behalf of plaintiffs; attorney Gregory Aker appeared on behalf of defendants. The court reviewed the joint letter submitted by the parties. (ECF No. 28.) For the reasons set forth at the informal hearing, the court orders that the depositions take place in French Camp, California (unless counsel jointly agree otherwise).

**ORDER**

It is HEREBY ORDERED that the depositions of Stacey Hernandez and Cynthia Borgess Odell take place in French Camp, California.

Dated: January 27, 2023

silv.1461

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE