| | |
|---|---|
| 1 | MICHAEL J. HADDAD (SBN 189114) |
| 2 | JULIA SHERWIN (SBN 189268)<br>TERESA ALLEN (SBN 264865) |
| 3 | BRIAN HAWKINSON (SBN 341856)<br>HADDAD & SHERWIN LLP |
| 4 | 505 Seventeenth Street<br>Oakland, CA 94612 |
| 5 | Telephone:   (510) 452-5500 |
| 6 | Facsimile:   (510) 452-5510 |
| 7 | Attorneys for Plaintiff<br>SONJA ALVAREZ |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

SALVADOR SILVA, DECEASED, by and through his Successor in Interest, SONJA ALVAREZ, SONJA ALVAREZ, Individually,

Plaintiff,

vs.

SAN JOAQUIN COUNTY, a public entity; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW, in his individual and official capacities; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES-ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; ROBYN MENDOZA, NP, and DOES 1–20; individually, jointly, and severally,

Defendants.

Case No. 2:20-cv-01461-JAM-KJN

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF Nos. 10, 21, 25)**

Case No.: 2:20-cv-01461-JAM-KJN: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

All parties, by and through their counsel of record, stipulate and hereby move this Court to modify its October 19, 2022, and earlier Scheduling Orders (ECF Nos. 10, 21, and 25). Good cause exists to grant the requested extension:

1. This is a civil rights, wrongful death, and survival action arising from the suicide of pretrial detainee, Salvador Silva, on August 1, 2019, at the San Joaquin County jail. This is the parties' third request for a continuance. The parties only initially requested a continuance related to expert disclosures and expert discovery. Following the Court's guidance, the parties stipulated to modify the scheduling order in accordance with the proposed schedule provided by the Court, with slight modifications.

2. This case involves thirteen named Defendants. The parties have exchanged voluminous written discovery and have resolved several discovery disputes by extensively meeting and conferring. The parties had to postpone Defendant Robert Hart, MD's deposition in Seattle, Washington, which was scheduled for February 16, 2023, due to a death in Plaintiff's counsel's family that requires them to fly to Detroit, Michigan, for a funeral. [Plaintiff's counsel, Michael J. Haddad and Julia Sherwin, are married].

3. Due to counsels' conflicting trial and trial preparation schedules, two Defendants' inability to travel for their depositions, time limitations on Defendants' depositions created by their work schedules and illnesses of some of them and their family members, and the above-referenced death in the family of Plaintiff's counsel, the parties had difficulty completing noticed depositions in this matter. The parties have completed ten depositions so far, and have Rule 30(b)(6) depositions scheduled for next week after Plaintiff's counsel returns from the funeral in Detroit.

4. Once the depositions are completed, the parties' experts need time to review the transcripts in order to prepare their reports.

5. Additionally, Plaintiff's counsel's small law firm has had repeated COVID-19 infections among some of its staff, while completing voluminous fact and expert discovery, and dispositive motions, in several other cases, all of which are complex wrongful death or catastrophic injury cases. Two of those cases, *Johnson v. Shasta County*, *et al.* (E.D. Cal. 2:19-cv-01722-JAM-DB), and *Barbosa v. Shasta County, et al.* (E.D. Cal. 2:20-cv-02298-JAM-DMC), are before this Court.

6. The parties are represented by experienced counsel who have worked cooperatively together throughout this litigation and will continue to do so.

7. Having consulted with the Court, and following its guidance about available dates, the parties therefore request a continuance of the deadlines, as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosures | April 14, 2023 | June 9, 2023 |
| Rebuttal Expert Disclosures | May 5, 2023 | July 7, 2023 |
| Joint Mid-Litigation Statement (two weeks before discovery cutoff) | June 2, 2023 | July 28, 2023 |
| Expert Discovery Cutoff | June 16, 2023 | August 11, 2023 |
| Fact Discovery Cutoff | June 16, 2023 | August 11, 2023 |
| Dispositive Motion Filing | July 7, 2023 | August 18, 2023 |
| Dispositive Motion Hearing | September 12, 2023, at 1:30 p.m. | October 17, 2023 at 1:30 p.m. |
| Final Pretrial Conference | October 27, 2023, at 10:00 a.m. | December 15, 2023 at 11:00 a.m. |
| Trial | December 4, 2023, at 9:00 a.m. | January 29, 2024, at 9:00 a.m. |

For the foregoing reasons, the parties respectfully request that this Court enter an order extending the Scheduling Order in this case as set forth above.

Dated: February 16, 2023    HADDAD & SHERWIN LLP

*/s/ Julia Sherwin*
JULIA SHERWIN
Attorneys for Plaintiff

Dated: February 16, 2023    BURKE, WILLIAMS & SORENSON, LLP

*/s/ Gregory R. Aker*
GREGORY R. Aker
Attorneys for Defendants

# ORDER

Based on the parties' stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order (ECF Nos. 10, 21, 25) is modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosures | April 14, 2023 | June 9, 2023 |
| Rebuttal Expert Disclosures | May 5, 2023 | July 7, 2023 |
| Joint Mid-Litigation Statement (two weeks before discovery cutoff) | June 2, 2023 | July 28, 2023 |
| Expert Discovery Cutoff | June 16, 2023 | August 11, 2023 |
| Fact Discovery Cutoff | June 16, 2023 | August 11, 2023 |
| Dispositive Motion Filing | July 7, 2023 | August 18, 2023 |
| Dispositive Motion Hearing | September 12, 2023, at 1:30 p.m. | October 17, 2023 at 1:30 p.m. |
| Final Pretrial Conference | October 27, 2023, at 10:00 a.m. | December 15, 2023 at 11:00 a.m. |
| Trial | December 4, 2023, at 9:00 a.m. | January 29, 2024, at 9:00 a.m. |

All other dates will remain the same.

IT IS SO ORDERED.

Dated:  February 16, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE