Gregory R. Aker (SBN 104171)
   email: gaker@bwslaw.com
Gregory B. Thomas (SBN 239870)
   email: gthomas@bwslaw.com
Jasper L. Hall (SBN 341113)
   email: jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA  94612-3520
Tel:  510.273.8780
Fax:  510.839.9104

Attorneys for Defendants
SAN JOAQUIN COUNTY, *et al*.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SILVA, Deceased, by and through his Successor in Interest, SONJA ALVAREZ, SONJA ALVAREZ, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>SAN JOAQUIN COUNTY, a public entity; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW, in his individual and official capacities; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES- ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; ROBYN MENDOZA, NP, and DOES 1–20; individually, jointly, and severally,<br><br>Defendants. | Case No.  2:20-cv-01461-JAM-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL** |

Pursuant to Civil Local Rule 143, Plaintiffs SONJA ALVAREZ, *et al*., and Defendants

SAN JOAQUIN COUNTY, *et al*., hereby stipulate to continue the trial date, final pretrial

conference, and associated pretrial deadlines in this matter, as set forth below.

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

4860-4487-8679v1
OAK #4874-8105-5319 v1

STIPULATION AND ORDER TO CONTINUE
TRIAL ETC.

## STIPULATION

WHEREAS, on June 20, 2020, Plaintiffs filed their complaint for damages in this Court;

WHEREAS, trial in this matter was scheduled for December 4, 2023; and

WHEREAS, on February 16, 2023, Plaintiffs filed a stipulation and proposed order to modify the proposed scheduling order that included moving the trial from December 4, 2023, to January 29, 2024 (ECF No. 32), signed by the Court on February 17, 2023 (ECF No. 33); and

WHEREAS, counsel for Defendants have a schedule conflict in January and February 2024, with trials in two other litigation matters, and Plaintiffs' counsel has a similar trial conflict in March 2024; and

WHEREAS, counsel for Plaintiffs and Defendants having met and conferred, and consulted with the Court, the parties request a continuance of the trial, final pretrial conference, and associated pretrial deadlines, as follows:

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosures | June 9, 2023 | **July 28, 2023** |
| Rebuttal Expert Disclosures | July 7, 2023 | **August 18, 2023** |
| Joint Mid-Litigation Statement (two weeks before discovery cutoff) | July 28, 2023 | **Fourteen (14) days prior to close of discovery** |
| Expert Discovery Cutoff | August 11, 2023 | **October 12, 2023** |
| Fact Discovery Cutoff | August 11, 2023 | **October 12, 2023** |
| Dispositive Motion Filing | August 18, 2023 | **November 10, 2023** |
| Dispositive Motion Hearing | October 17, 2023 1:30 p.m. | **January 9, 2024 1:30 p.m.** |
| Final Pretrial Conference | December 15, 2023 | **March 15, 2024, at 11:00 a.m.** |
| Jury/Bench Trial | January 29, 2024 | **April 22, 2024, at 9:00 a.m.** |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4860-4487-8679v1
OAK #4874-8105-5319 v1

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL, ETC.

1

2          THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their

3   respective attorneys of record, that the trial date, final pretrial conference, and associated pretrial

4   deadlines be modified by the Court as set forth above.

5
                                                    BURKE, WILLIAMS & SORENSEN, LLP
6   Dated: March 20, 2023

7                                            By:   */s/ Gregory R. Aker*
8                                                  Gregory R. Aker

9                                            Attorneys for Defendants
                                             COUNTY OF SAN JOAQUIN, *et al.*
10

11  Dated:  March 20, 2023                          HADDAD & SHERWIN LLP

12
                                             By:   */s/ Julia Sherwin* (as authorized on 3/20/23)
13                                                 Julia Sherwin

14                                           Attorneys for Plaintiffs
                                             SONJA ALVAREZ, *et al.*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4860-4487-8679v1
OAK #4874-8105-5319 v1                              - 3 -                STIPULATION AND [PROPOSED] ORDER
                                                                        TO CONTINUE TRIAL, ETC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to Plaintiff's and Defendants' Stipulation, and for good cause shown, the trial in this matter shall be **CONTINUED** to **April 22, 2024, at 09:00 AM**, the final pretrial conference shall be **CONTINUED** to **March 15, 2024, at 11:00 AM**, and all associated pretrial deadlines shall be **MODIFIED** as set forth <u>above</u>.

**IT IS SO ORDERED.**

Dated: March 23, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4860-4487-8679v1
OAK #4874-8105-5319 v1

- 4 -

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE TRIAL, ETC.