MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:    (510) 452-5500
Facsimile:     (510) 452-5510

Attorneys for Plaintiff
SONJA ALVAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SILVA, DECEASED, by and through his Successor in Interest, SONJA ALVAREZ, SONJA ALVAREZ, Individually,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAN JOAQUIN COUNTY, a public entity; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW, in his individual and official capacities; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES-ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; ROBYN MENDOZA, NP, and DOES 1–20; individually, jointly, and severally,<br><br>　　　　Defendants. | Case No. 2:20-cv-01461-JAM-KJN<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER (ECF Nos. 33, 37, 42, 45, 48)** |

Case No.: 2:20-cv-01461-JAM-KJN: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

All parties, by and through their counsel of record, stipulate and hereby move this Court to modify its January 10, 2024, Scheduling Order (ECF No. 48).  Good cause exists to grant the requested extension:

1.  This is a civil rights, wrongful death, and survival action arising from the suicide of pretrial detainee, Salvador Silva, on August 1, 2019, at the San Joaquin County jail.

2.  This case involves thirteen named Defendants.  The parties previously informed the Court of their difficulties scheduling discovery in this matter, due to the medical conditions of some Defendants and witnesses, the death of Plaintiff's counsel's father, repeated Covid infections, and the trial preparation schedules for counsel.  (ECF Nos. 41, 43, 48).

3.  Since the January 10, 2024, Order modifying the scheduling order, Defendants' counsel was preparing for and in trial, in a case that just settled on February 5, 204.  The parties are now scheduling final depositions in this matter.  Expert disclosures are currently due on February 23, 2024, and the parties' experts need to review the final deposition transcripts before completing their reports.

4.  The parties are represented by experienced counsel who have worked cooperatively together throughout this litigation and will continue to do so.

5.  With guidance from the Court, the parties request a continuance of the deadlines in this case, as follows:

| **Event** | **Current Date** | **New Date** |
| --- | --- | --- |
| Expert Disclosures | February 23, 2024 | March 29, 2024 |
| Rebuttal Expert Disclosures | March 8, 2024 | April 12, 2024 |
| Joint Mid-Litigation Statement (two weeks before discovery cutoff) | April 5, 2024 | May 3, 2024 |

CASE NO.: 2:20-cv-01461-JAM-KJN: STIP. AND ORDER TO MODIFY SCHEDULING ORDER    1

| | | |
|---|---|---|
| Expert Discovery Cutoff | April 19, 2024 | May 17, 2024 |
| Fact Discovery Cutoff | April 19, 2024 | May 17, 2024 |
| Dispositive Motion Filing | April 30, 2024 | No change |
| Dispositive Motion Hearing | June 4, 2024, 1:00 p.m. | No change |
| Final Pretrial Conference | July 19, 2024, at 10:00 a.m. | No change |
| Trial | August 26, 2024, at 9:00 a.m. | No change |

For the foregoing reasons, the parties respectfully request that this Court enter an order modifying the Scheduling Order in this case as set forth above.

Dated:  February 12, 2024                    HADDAD & SHERWIN LLP


                                             /s/ Julia Sherwin
                                             _____
                                             JULIA SHERWIN
                                             Attorneys for Plaintiff


Dated:  February 12, 2024                    BURKE, WILLIAMS & SORENSON, LLP


                                             /s/ Gregory R. Aker
                                             _____
                                             GREGORY R. AKER
                                             Attorneys for Defendants

## ORDER

Based on the parties' stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order (ECF Nos. 33, 37, 48) is modified as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Expert Disclosures | February 23, 2024 | **March 29, 2024** |
| Rebuttal Expert Disclosures | March 8, 2024 | **April 12, 2024** |
| Joint Mid-Litigation Statement (two weeks before discovery cutoff) | April 5, 2024 | **May 3, 2024** |
| Expert Discovery Cutoff | April 19, 2024 | **May 17, 2024** |
| Fact Discovery Cutoff | April 19, 2024 | **May 17, 2024** |
| Dispositive Motion Filing | **April 30, 2024** | No change |
| Dispositive Motion Hearing | **June 4, 2024, at 1:00 p.m.** | No change[1] |
| Final Pretrial Conference | **July 19, 2024, at 10:00 a.m.** | No change |
| Trial | **August 26, 2024, at 9:00 a.m.** | No change |

All other instructions contained in the November 02, 2020, Pretrial Scheduling Order (ECF No. 10) shall remain in effect.

IT IS SO ORDERED.

Dated: February 15, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes.  Contact the Courtroom Deputy for available dates.