Gregory R. Aker (SBN 104171)
E-mail:  gaker@bwslaw.com
Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail:  kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104

Attorneys for Defendants SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW; ROBERT HART, M.D.; FOZIA NAR,L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES- ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; and ROBYN MENDOZA, NP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SALVADOR SILVA, DECEASED, by and through his Successor in Interest, SONJA ALVAREZ, SONJA ALVAREZ, Individually,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COUNTY, a public entity;SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW, in his individual and official capacities; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES- ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; ROBYN MENDOZA, NP, and DOES 1–20; individually, jointly, and severally,<br><br>Defendants. | Case No. 2:20-cv-01461-JAM-KJN<br><br>**STIPULATION AND (PROPOSED) ORDER RE: "FIRST LOOK" AGREEMENT RE: DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENA**<br><br>Judge:   John A. Mendez |

1

Case No. 2:20-cv-01461-JAM-KJN
STIPULATION AND (PROPOSED) ORDER RE: "FIRST LOOK" AGREEMENT RE: DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

The parties, by and through their respective attorneys of record, hereby stipulate to the following order being issued in this matter:

1. Counsel for Defendants will serve a Federal Rule of Civil Procedure 45 subpoena for the Production of Documents on Gary Lynn Cavanaugh, M.D. through the services of Titan Legal Services, Inc. The records to be produced are described as follows:

    a. Any and all medical records, (including psychiatric/psychological/mental health records), files, reports, correspondence, whatsoever, relating to any care, treatment, diagnosis, prognosis, consultation and/or findings, including but not be limited to, any and all emergency room records, nurses notes, SOAP notes, operative reports, radiology reports, pathology reports, all test and test results, medication records, physical and/or occupational therapy records, workers' compensation records, sign-in sheets, color photographs, patient information sheets, handwritten notes, transcriptions, prescriptions, telephone messages, electronic media and any documents in the file from other health care providers, from 2019 to the present date pertaining to Salvador Silva, III; DOB: 5/14/1996; SS#: XXX-XX-2083. Documents produced should also include, but not be limited to, any and all electronically stored documents in your possession.

2. The subpoena has a production date and time of April 10, 2024, at 10:00 a.m.

3. Plaintiff's counsel contend that the subpoenaed documents likely contain privileged information to which Defendants are not entitled.

4. Plaintiff's counsel and Defendants' counsel met and conferred on March 20, 2024. The parties agree to the following "First-Look" Procedure:

    a. Counsel for Defendants shall instruct Titan Legal Services, Inc. to obtain the available subpoenaed documents by April 10, 2024; however, instead of producing the documents to counsel for Defendants, Titan Legal Services, Inc. shall instead produce the documents directly to Plaintiff's counsel's business address: Haddad & Sherwin LLP, 505 17th Street, Oakland, CA 94612.

    b. Upon receipt of the subpoenaed documents from Titan Legal Services, Inc., Plaintiff's counsel will then have seven (7) business days to review the documents to see if they contain any privileged information. If the documents do contain such information, Plaintiff's counsel shall redact and/or withhold the pages containing

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

2

Case No. 2:20-cv-01461-JAM-KJN
STIPULATION AND (PROPOSED) ORDER RE:
"FIRST LOOK" AGREEMENT RE:
DEFENDANTS' FEDERAL RULE OF CIVIL
PROCEDURE 45 SUBPOENA

that information and Plaintiff's shall create a privilege log complying with Federal Rules of Civil Procedure 45(e)(2)(A)(i)–(ii) and 26(b)(5)(A)(i)–(ii).

    c. On or before the seventh (7th) business day after receiving the records from Titan Legal Services, Inc., Plaintiff's counsel shall serve the subpoenaed documents by Federal Express Priority Overnight on Defendants' counsel or electronically, depending on how the documents were produced to Plaintiff's counsel; if Plaintiff's counsel has redacted and/or withheld any information, they shall also concurrently serve the privilege log described in ¶ 3(b), above.

5. Counsel for Defendants shall pay for Titan Legal Services, Inc. in obtaining the documents and producing them to Plaintiff's counsel, and Plaintiff's counsel shall pay to send them by Federal Express Priority Overnight to Counsel for Defendants.

6. Counsel for Defendants reserves their rights to seek production of any documents that are withheld and/or redacted by Plaintiff's counsel pursuant to the terms of this agreement. Should any such discovery dispute not be subject to resolution through the meet and confer process, Defendants reserve their rights to file discovery motions with the court seeking an Order requiring production of withheld documents.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 25, 2024                                       HADDAD & SHERWIN LLP

/s/ *Teresa Allen*
TERESA ALLEN
Attorneys for Plaintiff

Dated: March 25, 2024                                       BURKE, WILLIAMS & SORENSEN, LLP

/s/ *Gregory B. Thomas*
GREGORY B. THOMAS
Attorneys for Defendants

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

3

Case No. 2:20-cv-01461-JAM-KJN
STIPULATION AND (PROPOSED) ORDER RE: "FIRST LOOK" AGREEMENT RE: DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 1, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,silv.1451

4

Case No. 2:20-cv-01461-JAM-KJN
STIPULATION AND (PROPOSED) ORDER RE: "FIRST LOOK" AGREEMENT RE: DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND