Gregory R. Aker (SBN 104171)
  Email: gaker@bwslaw.com
Gregory B. Thomas (SBN 239870)
  Email: gthomas@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
  Email: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780    Fax: 510.839.9104

Attorneys for Defendants SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES- ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; and ROBYN MENDOZA, NP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SALVADOR SILVA, DECEASED, by and through his Successor in Interest, SONJA ALVAREZ, SONJA ALVAREZ, Individually,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COUNTY, a public entity; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW, in his individual and official capacities; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES- ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; ROBYN MENDOZA, NP, and DOES 1–20; individually, jointly, and severally,<br><br>Defendants. | Case No. 2:20-cv-01461-JAM-CSK<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Judge:    Hon. John A. Mendez<br><br>Trial Date: August 26, 2024 |

All parties, by and through their counsel of record, stipulate and hereby move this Court to modify its February 15, 2024, Scheduling Order (ECF No. 50). Good cause exists to grant the requested extension for each of the following reasons:

1. This is a civil rights, wrongful death, and survival action arising from the suicide of pretrial detainee, Salvador Silva, on August 1, 2019, at the San Joaquin County Jail.

2. This case involves thirteen named Defendants. The parties previously informed the Court of their difficulties scheduling discovery in this matter, due to the medical conditions of some Defendants and witnesses, the death of Plaintiff's counsel's father, repeated Covid infections, and the trial preparation schedules for counsel. (ECF Nos. 41, 43, 48, 50).

3. Since the February 15, 2024, Order modifying the scheduling order, Defendants' counsel was preparing for and in trial, in a case that settled on February 5, 2024. Following that, counsel for both sides, and an expert witness, have been ill or unexpectedly preoccupied by urgent family health care matters. The parties are now scheduling final fact witness depositions in this matter and are in the midst of disclosing opening and rebuttal expert reports, followed by multiple expert witness depositions.

4. The parties are represented by experienced counsel who have worked cooperatively together throughout this litigation and will continue to do so.

The parties, by and through their respective attorneys of records, hereby stipulate to the following order being issued under this matter:

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosures | March 29, 2024 | No Change |
| Defendants' Life Expectancy Expert Disclosure | March 29, 2024 | April 3, 2024 |
| Rebuttal Expert Disclosures | April 12, 2024 | April 26, 2024 |
| Joint Mid-Litigation Statement (two weeks before discovery cutoff) | May 3, 2024 | May 17, 2024 |
| Fact Discovery Cutoff | May 17, 2024 | May 31, 2024 |
| Dispositive Motion Filing | April 30, 2024 | June 4, 2024 |

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4892-8021-3427 v1

2

Case No. 2:20-cv-01461-JAM-KJN
ORDER

| | | |
|---|---|---|
| Expert Discovery Cutoff | May 17, 2024 | June 28, 2024 |
| Dispositive Motion Hearing | June 4, 2024, at 1:00 p.m. | July 9, 2024, at 1:00 p.m. |
| Final Pretrial Conference | July 19, 2024, at 10:00 a.m. | July 26, 2024, at 10:00 a.m. |
| Trial | August 26, 2024, at 9:00 a.m. | No change |

IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.

Dated: April 5 , 2024                                BURKE, WILLIAMS & SORENSEN, LLP


By:      /s/ Gregory R. Aker
             Gregory R. Aker

Attorneys for Defendants
SAN JOAQUIN COUNTY, *et al.*

Dated: April 5, 2024                                HADDAD & SHERWIN LLP


By:   /s/ Julia Sherwin
          Julia Sherwin

Attorneys for Plaintiff
SALVADOR SILVA. *et al.*

# ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is MODIFIED as follows:

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosures | March 29, 2024 | No Change |
| Defendants' Life Expectancy Expert Disclosure | March 29, 2024 | April 3, 2024 |
| Rebuttal Expert Disclosures | April 12, 2024 | **April 26, 2024** |
| Joint Mid-Litigation Statement (two weeks before discovery cutoff) | May 3, 2024 | **May 17, 2024** |
| Fact Discovery Cutoff | May 17, 2024 | **May 31, 2024** |
| Dispositive Motion Filing | April 30, 2024 | **June 4, 2024** |
| Expert Discovery Cutoff | May 17, 2024 | **June 28, 2024** |
| Dispositive Motion Hearing | June 4, 2024, at 1:00 p.m. | **July 9, 2024, at 1:00 p.m.** |
| Final Pretrial Conference | July 19, 2024, at 10:00 a.m. | **July 26, 2024, at 10:00 a.m.** |
| Trial | August 26, 2024, at 9:00 a.m. | As previously scheduled, **August 26, 2024, at 09:00 a.m.** |

All other instructions contained in the November 02, 2020 Pretrial Scheduling Order (ECF No. 10) shall remain in effect.

IT IS SO ORDERED.

Dated: April 08, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4892-8021-3427 v1

4

Case No. 2:20-cv-01461-JAM-KJN
ORDER