MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:    (510) 452-5500
Facsimile:     (510) 452-5510

Attorneys for Plaintiff
SONJA ALVAREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SILVA, DECEASED, by and through his Successor in Interest, SONJA ALVAREZ, SONJA ALVAREZ, Individually,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAN JOAQUIN COUNTY, a public entity; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW, in his individual and official capacities; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES-ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; ROBYN MENDOZA, NP, and DOES 1–20; individually, jointly, and severally,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01461-JAM-CSK<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER (ECF Nos. 33, 37, 42, 45, 48, 55)** |

Case No.: 2:20-cv-01461-JAM-CSK: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

All parties, by and through their counsel of record, stipulate and hereby move this Court to modify its April 9, 2024, Scheduling Order (ECF No. 55).  Good cause exists to grant the requested extension:

1. This is a civil rights, wrongful death, and survival action arising from the suicide of pretrial detainee, Salvador Silva, on August 1, 2019, at the San Joaquin County jail.

2. This case involves thirteen named Defendants.  The parties previously informed the Court of their difficulties scheduling discovery in this matter, due to the medical conditions of some Defendants and witnesses, the death of Plaintiff's counsel's father, repeated Covid infections, and the trial preparation schedules for counsel.

3. Since the April 9, 2024, Order modifying the scheduling order, the mother of Plaintiff's counsel, Michael J. Haddad, has died.  Mr. Haddad has also been informed that he requires surgery that has been scheduled for May 13, 2024.  Plaintiffs' counsel, Michael J. Haddad and Julia Sherwin, are married.  Mr. Haddad's mother was very ill in recent months, requiring repeated trips by Plaintiffs' counsel to Detroit, Michigan, to be with her.  She passed on April 13, 2024, and Plaintiffs' counsel are going to Detroit for her funeral, which is April 26, 2024.

4. In addition, Mr. Haddad's required surgery will entail three weeks of post-operative care at home.  Ms. Sherwin is required to care for Mr. Haddad for the first two weeks of his post-operative period.  Therefore, Mr. Haddad will be unavailable from May 13, 2024, through and including May 31, 2024.  Ms. Sherwin will be unavailable from May 13, 2024, through and including May 24, 2024.

5. In addition, Ms. Sherwin has a long-planned trip out of the country from June 10, 2024, through June 24, 2024, for her friend's 70th birthday.

6. The current fact discovery cutoff is May 31, 2024.  The parties have scheduled a mediation with Richard Copeland for May 31, 2024.  The parties have agreed, to avoid incurring

attorneys' fees and costs and consuming the time and resources of the Court, which may be unnecessary in the event the case settles, to conduct the mediation before expert discovery and before the filing of any dispositive motions.

7. There are a few liability fact witnesses remaining to be deposed, and several damages fact witnesses remaining to be deposed. The parties stipulate and agree to postpone all but one of these depositions until after the mediation, to conserve attorneys' fees and costs. The parties agree to continue the fact discovery cutoff to the same date as the expert discovery cutoff, June 28, 2024.

8. The parties are represented by experienced counsel who have worked cooperatively together throughout this litigation and will continue to do so.

9. With guidance from the Court, the parties request a continuance of the deadlines in this case, as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosures | March 29, 2024 | No change |
| Rebuttal Expert Disclosures | April 26, 2024 | No change |
| Joint Mid-Litigation Statement (two weeks before discovery cutoff) | May 17, 2024 | June 14, 2024 |
| Expert Discovery Cutoff | June 28, 2024 | No change |
| Fact Discovery Cutoff | May 31, 2024 | June 28, 2024 |
| Dispositive Motion Filing | June 4, 2024 | No change |
| Dispositive Motion Hearing | July 9, 2024, 1:00 p.m. | No change |
| Final Pretrial Conference | July 26, 2024, at 10:00 a.m. | No change |
| Trial | August 26, 2024, at 9:00 a.m. | No change |

For the foregoing reasons, the parties respectfully request that this Court enter an order modifying the Scheduling Order in this case as set forth above.

Dated: April 23, 2024    HADDAD & SHERWIN LLP

*/s/ Julia Sherwin*
JULIA SHERWIN
Attorneys for Plaintiff

Dated: April 24, 2024    BURKE, WILLIAMS & SORENSON, LLP

*/s/ Gregory R. Aker*
GREGORY R. AKER
Attorneys for Defendants

CASE NO.: 2:20-cv-01461-JAM-CSK: STIP. AND ORDER TO MODIFY SCHEDULING ORDER    3

## ORDER

Based on the parties' stipulation, and with good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosures | March 29, 2024 | No change |
| Rebuttal Expert Disclosures | April 26, 2024 | No change |
| Joint Mid-Litigation Statement (two weeks before discovery cutoff) | May 17, 2024 | **June 14, 2024** |
| Expert Discovery Cutoff | June 28, 2024 | No change |
| Fact Discovery Cutoff | May 31, 2024 | **June 28, 2024** |
| Dispositive Motion Filing | June 4, 2024 | No change |
| Dispositive Motion Hearing | July 9, 2024, 1:00 p.m. | No change |
| Final Pretrial Conference | July 26, 2024, at 10:00 a.m. | No change |
| Trial (10-15 Days) | August 26, 2024, at 9:00 a.m. | No change |

All other instructions contained in the November 02, 2020, Pretrial Scheduling Order (ECF No. 10) shall remain in effect.

IT IS SO ORDERED.

Dated: April 25, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE