Gregory R. Aker (SBN 104171)
E-mail: gaker@bwslaw.com
Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW; ROBERT HART, M.D.; FOZIA NAR,L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES- ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; and ROBYN MENDOZA, NP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SALVADOR SILVA, DECEASED, by and through his Successor in Interest, SONJA ALVAREZ, SONJA ALVAREZ, Individually,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COUNTY, a public entity;SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW, in his individual and official capacities; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES- ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; ROBYN MENDOZA, NP, and DOES 1–20; individually, jointly, and severally,<br><br>Defendants. | Case No. 2:20-cv-01461-JAM-CSK<br><br>[PROPOSED] MODIFIED ORDER GRANTING REQUEST TO FILE UNDER SEAL MEDICAL AND MENTAL HEALTH RECORDS AND DOCUMENTS REFERRING TO THESE RECORDS AS PART OF THE PARTIES' DISPUTE UNDER FRCP 26(b)(5)(B)<br><br>Judge:   Chi Soo Kim<br><br>Trial Date: August 26, 2024 |

This Court, having reviewed Defendants' SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW; ROBERT HART, M.D.; FOZIA NAR L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES-ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; and ROBYN MENDOZA, NP (collectively "Defendants") request to file documents under seal, hereby GRANTS the request pursuant to Local Rule 141, in its entirety and hereby orders that Plaintiff's medical and mental health records and documents referring to these records as part of the Parties' dispute under FRCP 26(b)(5)(b) be filed under seal.

The Parties are directed to email the SEALED documents to approvedsealed@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: May 16, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, silv1461.20

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4885-9662-2780 v1

2

Case No. 2:20-cv-01461-JAM-CSK
[PROPOSED] ORDER