MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiff
SONJA ALVAREZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALVADOR SILVA, DECEASED, by and through his Successor in Interest, SONJA ALVAREZ, SONJA ALVAREZ, Individually,<br><br>Plaintiff,<br>vs.<br><br>SAN JOAQUIN COUNTY, a public entity; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW, in his individual and official capacities; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES-ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; ROBYN MENDOZA, NP, and DOES 1–20; individually, jointly, and severally,<br><br>Defendants. | Case No. 2:20-cv-01461-JAM-CSK<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER EXTENDING DEADLINE FOR REDACTION OF DOCUMENTS** |

All parties, by and through their counsel of record, stipulate and hereby move this Court to extend the deadlines related to the filing of redacted documents pursuant to this Court's Minute Order requiring the filing of redacted documents. (ECF No. 68). Good cause exists to grant the requested extension:

1. At the hearing on Defendants' motion for documents, the Court ordered the parties to meet and confer about the redaction of documents related to Defendants' discovery motion for documents by close of business on May 30, 2024, and to file the redacted documents by close of business on May 31, 2024. *See also*, ECF No. 68.

2. Defense Counsel, Gregory Thomas, asked the Court for permission to seek an extension on these deadlines by email, which the Court granted. Defense counsel also informed the Court the parties would be mediating this case on May 31, 2024.

3. On May 29, 2024, the parties requested by email, pursuant to permission from the Court, a one-week extension of the deadlines.

4. On May 30, 2024, the Court's chambers instructed the parties to submit a Stipulation.

5. Plaintiff's counsel, Michael J. Haddad and Julia Sherwin, are married. They were both out of the office for two weeks from May 13, 2024, through May 24, 2024, due to Mr. Haddad requiring surgery and home care afterward. (ECF No. 57).

6. Their associate, Teresa Allen, who handled the underlying discovery issue on behalf of Plaintiff, left the employment of the firm effective May 25, 2024. (ECF No. 66).

7. Mr. Haddad has been able to return to work part-time only this week. Ms. Sherwin is required to handle all matters requiring attention during Mr. Haddad's absence, in addition to handling all administrative matters involving Ms. Allen's departure.

8. Defense counsel also has pressing matters to attend to in other cases.

9.  The parties and their counsel will be in a daylong mediation of this case on Friday, May 31, 2024, when the redacted documents are due.

10. The parties stipulate and agree, and request the Court to approve, continuing the dates to meet and confer about redaction, and to file redacted documents, for one week: completion of meet and confer efforts by June 6, 2024, and filing of redacted documents by June 7, 2024.

For the foregoing reasons, the parties respectfully request that this Court enter an order extending these two deadlines as set forth above.

Dated:  May 30, 2024                HADDAD & SHERWIN LLP

*/s/ Julia Sherwin*
JULIA SHERWIN
Attorneys for Plaintiff

Dated:  May 30, 2024                BURKE, WILLIAMS & SORENSON, LLP

*/s/ Gregory B. Thomas*
GREGORY B. THOMAS
Attorneys for Defendants

**~~(PROPOSED)~~ ORDER**

Based on the parties' stipulation, and with good cause appearing,

    IT IS SO ORDERED.

Dated:  May 30, 2024

_____
HON. CHI SOO KIM
United States Magistrate Judge