MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiff
SONJA ALVAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SILVA, DECEASED, by and through his Successor in Interest, SONJA ALVAREZ, SONJA ALVAREZ, Individually,<br><br>Plaintiff,<br>vs.<br><br>SAN JOAQUIN COUNTY, a public entity; SAN JOAQUIN COUNTY SHERIFF-CORONER PATRICK WITHROW, in his individual and official capacities; ROBERT HART, M.D.; FOZIA NAR, L.V.N.; MARY CEDANA, R.N.; SARAI HARDWICK, L.V.N.; CYNTHIA BORGES-ODELL, MFT; NICHOLE WARREN, P.T.; MANUEL RODRIGUEZ-GALAVIZ, MFT; MARICEL MAGAOAY, L.V.N.; MANDEEP KAUR, R.N.; CHERYL EVANS, A.S.W.; CHRISTEL BACKERT, FNP; ROBYN MENDOZA, NP,<br><br>Defendants. | Case No. 2:20-cv-01461-JAM-CSK<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

All parties, by and through their counsel of record, stipulate and agree to dismiss this entire action with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated:  August 7, 2024					HADDAD & SHERWIN LLP


							/s/ Julia Sherwin
							JULIA SHERWIN
							Attorneys for Plaintiff


Dated:  August 7, 2024					BURKE, WILLIAMS & SORENSON, LLP


							/s/ Gregory B. Thomas
							GREGORY B. THOMAS
							Attorneys for Defendants

## ORDER

Based on the parties' stipulation, and with good cause appearing, this case is hereby **DISMISSED with prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 09, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE